**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re:  STANLEY J. GREVIS          §      Case No. 08-70322
      ANNA M. GREVIS            §
                                         §
            Debtors                      §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/07/2008.

2) The plan was confirmed on 10/31/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/12/2009.

5) The case was converted on 10/22/2009.

6) Number of months from filing or conversion to last payment: 15.

7) Number of months case was pending: 21.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $34,400.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor | $ 4,975.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 4,975.00 |

### Expenses of Administration:

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 3,500.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 383.01 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 3,883.01 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| BALSLEY & DAHLBERG LLP | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| NATIONAL CITY MORTGAGE | Sec | 10,000.00 | 14,006.32 | 14,006.32 | 1,091.99 | 0.00 |
| ABA ACCOUNTS | Uns | 1,296.91 | NA | NA | 0.00 | 0.00 |
| ACCOUNTS RECEIVABLE MGMT | Uns | 536.04 | NA | NA | 0.00 | 0.00 |
| ALLIED BUSINESS ACCOUNTS, INC. | Uns | 1,393.47 | NA | NA | 0.00 | 0.00 |
| AMCORE BANK, N.A. | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCE | Uns | 11,128.41 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED NATIONAL | Uns | 455.92 | NA | NA | 0.00 | 0.00 |
| ATTORNEY ALBERT ALTAMORE | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| ATTORNEY THOMAS J. RUSSELL | Uns | 825.40 | NA | NA | 0.00 | 0.00 |
| BELVIDERE CLINIC | Uns | 294.93 | NA | NA | 0.00 | 0.00 |
| BREBNER & ASSOCIATES | Uns | 774.13 | NA | NA | 0.00 | 0.00 |
| C.B. ACCOUNTS INC | Uns | 1,640.95 | 356.00 | 356.00 | 0.00 | 0.00 |
| CAMELOT RADIOLOGY | Uns | 722.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 6,100.00 | NA | NA | 0.00 | 0.00 |
| CHARLTON H. SHEETS | Uns | 1,200.00 | NA | NA | 0.00 | 0.00 |
| COMED CO | Uns | 1,292.11 | 884.15 | 884.15 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 905.79 | 571.31 | 571.31 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CREDIT SOLUTIONS | Uns | 89.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 20.00 | NA | NA | 0.00 | 0.00 |
| DIRECT MERCHANT BANK | Uns | 3,140.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV, INC. | Uns | 424.30 | NA | NA | 0.00 | 0.00 |
| ELMHURST CLINIC | Uns | 24.47 | NA | NA | 0.00 | 0.00 |
| ELMHURST HOSPITAL | Uns | 142.00 | NA | NA | 0.00 | 0.00 |
| FIRST CONSUMER NATIONAL | Uns | 8,700.00 | NA | NA | 0.00 | 0.00 |
| GUARDIAN LIFE INSURANCE | Uns | 158.02 | NA | NA | 0.00 | 0.00 |
| HERBIG BLACKTOP | Uns | 2,819.96 | NA | NA | 0.00 | 0.00 |
| HERITAGE SURVEYING INC. | Uns | 654.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 1,959.21 | 462.76 | 462.76 | 0.00 | 0.00 |
| I.C. SYSTEMS | Uns | 388.89 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 6,373.00 | 5,118.78 | 5,118.78 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF HUMAN | Uns | 658.87 | 658.87 | 658.87 | 0.00 | 0.00 |
| LINEBARGER GOGGAN BLAIR & | Uns | 658.87 | NA | NA | 0.00 | 0.00 |
| LTD COMMODITIES, INC. | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 413.33 | 1,713.33 | 1,713.33 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS, INC. | Uns | 20.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 2,203.96 | 713.16 | 713.16 | 0.00 | 0.00 |
| ONYX WASTE SERVICES, INC. | Uns | 420.00 | NA | NA | 0.00 | 0.00 |
| ORCHARD BANK | Uns | 4,565.00 | NA | NA | 0.00 | 0.00 |
| OSF ST. ANTHONY MEDICAL | Uns | 5,191.91 | NA | NA | 0.00 | 0.00 |
| OXMOOR HOUSE | Uns | 163.43 | NA | NA | 0.00 | 0.00 |
| PEDIATRIC CARDIOLOGY ASSOC | Uns | 34.07 | 536.04 | 536.04 | 0.00 | 0.00 |
| PELLETTIERI & ASSOCIATES, PC | Uns | 24.84 | NA | NA | 0.00 | 0.00 |
| PFG OF MINNESOTA | Uns | 414.19 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 5,800.00 | 3,993.79 | 3,993.79 | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Uns | 56.00 | NA | NA | 0.00 | 0.00 |
| REGIONAL CARDIOLOGY | Uns | 164.70 | NA | NA | 0.00 | 0.00 |
| ROCKFORD CARDIOLOGY | Uns | 125.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD CLINIC | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 650.00 | 93.92 | 93.92 | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEMS | Uns | 157.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 5,352.94 | 5,352.94 | 5,352.94 | 0.00 | 0.00 |
| ROCKFORD RADIOLOGY | Uns | 22.40 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SOLOMAN & SOLOMAN, PC | Uns | 388.89 | NA | NA | 0.00 | 0.00 |
| C.B. ACCOUNTS INC | Uns | 1,285.00 | 1,391.95 | 1,391.95 | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 73,542.19 | 821.34 | 821.34 | 0.00 | 0.00 |
| SWEDISH AMERICAN MEDICAL | Uns | 98.00 | NA | NA | 0.00 | 0.00 |
| TASTE OF HOME BOOKS | Uns | 47.88 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 1,151.01 | 1,246.72 | 1,246.72 | 0.00 | 0.00 |
| VILLAGE OF POPLAR GROVE | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 2,271.00 | 500.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 3,720.87 | 0.00 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 0.00 | 1,713.33 | 0.00 | 0.00 | 0.00 |
| RJM ACQUISITIONS FUNDING LLC | Uns | 0.00 | 81.47 | 81.47 | 0.00 | 0.00 |
| CREDITORS BANKRUPTCY | Uns | 0.00 | 825.40 | 825.40 | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 0.00 | 553.24 | 553.24 | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 0.00 | 907.66 | 907.66 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 537.45 | 537.45 | 0.00 | 0.00 |
| HSBC BANK N/A | Uns | 0.00 | 738.30 | 738.30 | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 0.00 | 1,572.14 | 1,572.14 | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 0.00 | 450.40 | 450.40 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 0.00 | 168.75 | 168.75 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 0.00 | 50.00 | 50.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

<u>Summary of Disbursements to Creditors:</u>

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 14,006.32 | $ 1,091.99 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 14,006.32 | $ 1,091.99 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 29,799.87 | $ 0.00 | $ 0.00 |

<u>Disbursements:</u>

| | |
|---|---|
| Expenses of Administration | $ 3,883.01 |
| Disbursements to Creditors | $ 1,091.99 |
| **TOTAL DISBURSEMENTS:** | $ 4,975.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:  11/16/2009          By:  /s/ Lydia S. Meyer
                                Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)